JS 44C/SDNY
REV. 10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
LENNY MOLINA

**DEFENDANTS**
HORNBLOWER NEW YORK, LLC; HORNBLOWER GROUP, INC.; & HORNBLOWER CRUISES AND EVENTS, LLC

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
JONATHAN SHALOM, ESQ. - SHALOM LAW, PLLC
105-13 METROPOLITAN AVENUE, FOREST HILLS, NY 11375
TEL: (718) 971-9474

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Plaintiff was discriminated against by his former employer due to his on-the-job injury & resulting disability, in violation of 42 U.S.C 12101.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**  No [✓]  Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)        **NATURE OF SUIT**

                              **TORTS**                                                **ACTIONS UNDER STATUTES**

**CONTRACT**                **PERSONAL INJURY**         **PERSONAL INJURY**        **FORFEITURE/PENALTY**    **BANKRUPTCY**              **OTHER STATUTES**

[ ] 110 INSURANCE           [ ] 310 AIRPLANE            [ ] 367 HEALTHCARE/        [ ] 625 DRUG RELATED      [ ] 422 APPEAL              [ ] 375 FALSE CLAIMS
[ ] 120 MARINE              [ ] 315 AIRPLANE PRODUCT        PHARMACEUTICAL PERSONAL    SEIZURE OF PROPERTY       28 USC 158              [ ] 376 QUI TAM
[ ] 130 MILLER ACT              LIABILITY                   INJURY/PRODUCT LIABILITY   21 USC 881            [ ] 423 WITHDRAWAL          [ ] 400 STATE
[ ] 140 NEGOTIABLE          [ ] 320 ASSAULT, LIBEL &    [ ] 365 PERSONAL INJURY    [ ] 690 OTHER                 28 USC 157                  REAPPORTIONMENT
        INSTRUMENT              SLANDER                     PRODUCT LIABILITY                                                              [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF         [ ] 330 FEDERAL             [ ] 368 ASBESTOS PERSONAL                                                          [ ] 430 BANKS & BANKING
        OVERPAYMENT &           EMPLOYERS'                  INJURY PRODUCT                                   **PROPERTY RIGHTS**            [ ] 450 COMMERCE
        ENFORCEMENT             LIABILITY                   LIABILITY                                                                      [ ] 460 DEPORTATION
        OF JUDGMENT         [ ] 340 MARINE                                                                   [ ] 820 COPYRIGHTS   [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT        [ ] 345 MARINE PRODUCT      **PERSONAL PROPERTY**                                [ ] 830 PATENT                     ENCED & CORRUPT
[ ] 152 RECOVERY OF             LIABILITY               [ ] 370 OTHER FRAUD                                  [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION  ORGANIZATION ACT
        DEFAULTED           [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING                             [ ] 840 TRADEMARK                  (RICO)
        STUDENT LOANS       [ ] 355 MOTOR VEHICLE                                                                                          [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)         PRODUCT LIABILITY                                                            **SOCIAL SECURITY**            [ ] 485 TELEPHONE CONSUMER
[ ] 153 RECOVERY OF         [ ] 360 OTHER PERSONAL                                 **LABOR**                                                    PROTECTION ACT
        OVERPAYMENT             INJURY                  [ ] 380 OTHER PERSONAL                              [ ] 861 HIA (1395ff)
        OF VETERAN'S        [ ] 362 PERSONAL INJURY -       PROPERTY DAMAGE        [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)       [ ] 490 CABLE/SATELLITE TV
        BENEFITS                MED MALPRACTICE         [ ] 385 PROPERTY DAMAGE        STANDARDS ACT        [ ] 863 DIWC/DIWW (405(g))     [ ] 850 SECURITIES/
[ ] 160 STOCKHOLDERS                                        PRODUCT LIABILITY      [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI             COMMODITIES/
        SUITS                                                                          RELATIONS           [ ] 865 RSI (405(g))               EXCHANGE
[ ] 190 OTHER                                           **PRISONER PETITIONS**     [ ] 740 RAILWAY LABOR ACT
        CONTRACT                                        [ ] 463 ALIEN DETAINEE     [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**           [ ] 890 OTHER STATUTORY
[ ] 195 CONTRACT            **ACTIONS UNDER STATUTES**  [ ] 510 MOTIONS TO             LEAVE ACT (FMLA)                                         ACTIONS
        PRODUCT                                             VACATE SENTENCE                                [ ] 870 TAXES (U.S. Plaintiff or  [ ] 891 AGRICULTURAL ACTS
        LIABILITY           **CIVIL RIGHTS**                28 USC 2255            [ ] 790 OTHER LABOR         Defendant)
[ ] 196 FRANCHISE                                       [ ] 530 HABEAS CORPUS          LITIGATION          [ ] 871 IRS-THIRD PARTY         [ ] 893 ENVIRONMENTAL
                            [ ] 440 OTHER CIVIL RIGHTS  [ ] 535 DEATH PENALTY      [ ] 791 EMPL RET INC        26 USC 7609                     MATTERS
                                (Non-Prisoner)          [ ] 540 MANDAMUS & OTHER       SECURITY ACT (ERISA)                                [ ] 895 FREEDOM OF
**REAL PROPERTY**           [ ] 441 VOTING                                                                                                      INFORMATION ACT
                            [ ] 442 EMPLOYMENT                                     **IMMIGRATION**                                         [ ] 896 ARBITRATION
[ ] 210 LAND                [ ] 443 HOUSING/                                                                                               [ ] 899 ADMINISTRATIVE
        CONDEMNATION            ACCOMMODATIONS          **PRISONER CIVIL RIGHTS**  [ ] 462 NATURALIZATION                                       PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE         [✓] 445 AMERICANS WITH                                     APPLICATION                                              APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE &            DISABILITIES -          [ ] 550 CIVIL RIGHTS       [ ] 465 OTHER IMMIGRATION
        EJECTMENT               EMPLOYMENT              [ ] 555 PRISON CONDITION       ACTIONS                                             [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND       [ ] 446 AMERICANS WITH      [ ] 560 CIVIL DETAINEE                                                                  STATE STATUTES
[ ] 245 TORT PRODUCT            DISABILITIES -OTHER         CONDITIONS OF CONFINEMENT
        LIABILITY           [ ] 448 EDUCATION
[ ] 290 ALL OTHER
        REAL PROPERTY

*Check if demanded in complaint:*

[ ] **CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23**

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____        JUDGE _____  DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [✓] YES  [ ] NO            NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [x] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [x] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [x] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

390 GREENWOOD AVENUE
SCHUYLKILL COUNTY
POTTSVILLE, PA 17901

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

HORNBLOWER NEW YORK, LLC & HORNBLOWER GROUP, INC.: C/O COGENCY GLOBAL INC.
122 EAST 42ND STREET, 18TH FLOOR, NEW YORK, NY 10168

HORNBLOWER EVENTS AND CRUISES, LLC: C/O COGENCY GLOBAL, INC.
600 SOUTH SECOND STREET, SUITE 404, SPRINGFIELD, IL 62704

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [x] MANHATTAN

DATE 12/23/2020   SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. August Yr. 2018 )

RECEIPT #   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form   Save   Print