Shalom Law, PLLC. 105-13 Metropolitan Avenue, Forest Hills, NY 11375

## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case Number: **1:20-cv10821-GHW**

Date Filed: **12/30/2020**

Plaintiff:
**Lenny Molina**
vs
Defendant:
**Hornblower New York, LLC; Hornblower Group, Inc; and Hornblower Cruises and Events, LLC**

STATE OF NEW YORK, COUNTY OF ALBANY

I, Kyle Mastrangelok, being duly sworn, depose and say that on 01/19/2021 at 12:30 PM I:

served the Hornblower Group, Inc. C/O New York State Department of State C/O New York State Secratary of State by delivering 2 true copies of the Civil Cover Sheet, Summons in a Civil Action and Complaint bearing index number and date of filing with the date and hour of service endorsed thereon by me, to: Nancy Dougherty, Document Specialist 2 who stated they are authorized to accept service on behalf of Hornblower Group, Inc. C/O New York State Department of State, ONE COMMERCE PLAZA , 99 WASHINGTON AVENUE, 6th Floor, Albany, NY 12231, two copies thereof were served and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00.

New guidelines for Service of Process with the New York State Secretary of State prevents hand-to-hand transfer with any Document Specialist. Service was permitted by the Security Guard allowing access (by appointment only) and placing documents on the counter. The Security Guard then provides a name only of the Document Specialist for affidavit. If this Process Server is familiar with the Document Specialist, his/her description is provided. If Process Server is unable to obtain a description of the Document Specialist, the name of the Document Specialist is provided, and the description is of the Security Guard only.

**Description:**
Gender: **Female**  Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **Under 100 Lbs.**  Height: **5' 0" - 5' 3"**  Hair: **Black**  Glasses:
**Yes**  Other:

Subscribed and Sworn to before me on January 1st, 20 21.

_Rosanna V. Frias_

Rosanna V Frias
Notary Public, State of New York
No. 01FR6167243
Qualified in Schenectady County
Commission Expires May 29, 20 23

x _Kyle Mastrangelok_
**Kyle  Mastrangelok**

Job #: 1702549

*JANUARY 22, 2021*