UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LENNY MOLINA,                                    Civil No.: 20-cv-10821

                Plaintiff,

-against-                                        **NOTICE OF APPEARANCE**

HORNBLOWER GROUP, INC., HORNBLOWER
NEW YORK, LLC and HORNBLOWER CRUISES
AND EVENTS, LLC,

                Defendants.

------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that defendants, HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC, hereby appears in the above entitled action and that the undersigned have been retained as counsel for defendants, HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC, and demand that a copy of all papers in the above entitled action be served upon GORDON REES SCULLY & MANSUKHANI, LLP at 500 Mamaroneck Avenue, Suite 503, Harrison, New York 10528.

Dated: Harrison, New York
       February 17, 2021

                                                      Respectfully Submitted,

                                                      GORDON, REES, SCULLY &
                                                      MANSUKHANI, LLP

                                                      By: _____
                                                      Ryan E. Dempsey, Esq.
                                                      Attorneys for Defendants
                                                      HORNBLOWER NEW YORK, LLC and
                                                      HORNBLOWER CRUISES AND
                                                      EVENTS, LLC
                                                      500 Mamaroneck Ave Suite 503

                                                             Harrison, NY  10528
                                                           T: (914) 777-2209
                                                           File No.: EVR-1224573

TO:    Jonathan Shalom, Esq.
         SHALOM LAW PLLC,
         Attorneys for Plaintiff
         105-13 Metropolitan Avenue
         Forest Hills, New York 11375
         T: (718) 971-9474
         ***Via Electronic Filing***