UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021
```

------------------------------------------------------------ X
   :
LENNY MOLINA,   :
   :
                  Plaintiff,   :           1:20-cv-10821-GHW
   :
          -v -         :            ORDER
   :
HORNBLOWER GROUP, INC.,   :
HORNBLOWER NEW YORK, LLC, and   :
HORNBLOWER CRUISES AND EVENTS,   :
LLC,   :
   :
              Defendants.   :
   :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On February 17, 2021, counsel for Defendants moved the Court to adjourn the initial pre-trial conference set for February 24, 2021 in order to permit all defendants to appear in this action. The motion is granted.  The initial pre-trial conference in this matter is adjourned to March 30, 2021 at 3:00 p.m.  The deadline for submission of the parties' joint letter and proposed case management plan is extended to March 23, 2021.

The Clerk of Court is directed to terminate the motion at Dkt. No. 18.

SO ORDERED.

Dated: February 23, 2021

_____
GREGORY H. WOODS
United States District Judge