UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

LENNY MOLINA,                           Civil No.: 20-cv-10821

                 Plaintiff,

-against-                               **NOTICE OF APPEARANCE**

HORNBLOWER GROUP, INC., HORNBLOWER
NEW YORK, LLC and HORNBLOWER CRUISES
AND EVENTS, LLC,

                 Defendants.

------------------------------------------------------------------- X

**PLEASE TAKE NOTICE**, that defendant, HORNBLOWER GROUP, INC., hereby appears in the above entitled action and that the undersigned has been retained as counsel for defendant, HORNBLOWER GROUP, INC., and demands that a copy of all papers in the above entitled action be served upon GORDON REES SCULLY & MANSUKHANI, LLP at 500 Mamaroneck Avenue, Suite 503, Harrison, New York 10528.

Dated: Harrison, New York
        March 11, 2021

                                                     Respectfully Submitted,

                                                     GORDON, REES, SCULLY &
                                                     MANSUKHANI, LLP

                                                     By:

                                                     Ryan E. Dempsey, Esq.
                                                     Attorneys for Defendant
                                                     HORNBLOWER GROUP, INC.
                                                     500 Mamaroneck Ave Suite 503
                                                     Harrison, NY 10528
                                                     T: (914) 777-2209
                                                     File No.: EVR-1224573

TO:     Jonathan Shalom, Esq.

SHALOM LAW PLLC,
Attorneys for Plaintiff
105-13 Metropolitan Avenue
Forest Hills, New York 11375
T: (718) 971-9474
*Via Electronic Filing*