UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

LENNY MOLINA,                                         Civil No.: 20-cv-10821

                  Plaintiff,

                                                                   **RULE 7.1 DISCLOSURE**
-against-                                                    **STATEMENT**

HORNBLOWER GROUP, INC., HORNBLOWER
NEW YORK, LLC and HORNBLOWER CRUISES
AND EVENTS, LLC,

                  Defendants.

------------------------------------------------------------- X

Defendants, HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC, by way of their attorneys, GORDON REES SCULLY MANSUKHANI, LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Defendants, HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC, state that there are no publicly held corporations that own 10% or more of their stock, and that their respective parent corporations are as follows:

1. **Hornblower Group, Inc.:** Hornblower Sub, LLC; Hornblower HoldCo, LLC; Hornblower Group, LLC; Hornblower Holdings, L.P.

2. **Hornblower Cruises & Events, LLC:** Hornblower Cruises & Events, Inc.; Hornblower Group, Inc.

3. **Hornblower New York, LLC:** this entity merged into Hornblower Cruises & Events, LLC.

Dated: Harrison, New York
March 17, 2021

Respectfully Submitted,

GORDON, REES, SCULLY &
MANSUKHANI, LLP

By: _____
Ryan E. Dempsey, Esq.
Attorneys for Defendants
HORNBLOWER GROUP, INC.,
HORNBLOWER NEW YORK, LLC and
HORNBLOWER CRUISES AND
EVENTS, LLC
500 Mamaroneck Ave Suite 503
Harrison, NY 10528
T: (914) 777-2209
File No.: EVR-1224573

TO: Jonathan Shalom, Esq.
SHALOM LAW PLLC,
Attorneys for Plaintiff
105-13 Metropolitan Avenue
Forest Hills, New York 11375
T: (718) 971-9474
*Via Electronic Filing*