UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| LENNY MOLINA, | : | Civil No.: 20-cv-10821(GHW) (OTW) |
| | : | |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| | : | |
| -against- | : | |
| | : | |
| HORNBLOWER GROUP, INC., | : | |
| HORNBLOWER NEW YORK, LLC and | : | |
| HORNBLOWER CRUISES AND EVENTS, LLC, | : | |
| | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**C O U N S E L O R S:**

**PLEASE TAKE NOTICE**, that defendants, HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC, hereby appears in the above entitled action and that the undersigned has been retained as counsel for defendants and demands that a copy of all papers in the above entitled action be served upon GORDON REES SCULLY MANSUKHANI, LLP at 500 Mamaroneck Avenue, Ste. 503, Harrison, New York 10528.

Dated: Harrison, New York
October 4, 2021

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Michael Schacher, Esq. (MS-3434)
*Attorneys for Defendants*
HORNBLOWER GROUP, INC.,
HORNBLOWER NEW YORK, LLC and
HORNBLOWER CRUISES AND EVENTS, LLC

500 Mamaroneck Avenue, Suite 503
Harrison, New York 10528
T: (914) 777-2230
File No.: EVR-1224573

Via ECF TO:

    Jonathan Shalom, Esq.
    SHALOM LAW PLLC
    *Attorneys for Plaintiff*
    105-13 Metropolitan Avenue
    Forest Hills, NY 11375
    T: (718) 971-9474