```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
LENNY MOLINA,                                                        :
:
                              Plaintiff,   :      1:20-cv-10821-GHW
:
           -against-                                                 :      <u>ORDER</u>
:
HORNBLOWER GROUP, INC., HORNBLOWER                                   :
NEW YORK, LLC, and HORNBLOWER CRUISES                                :
AND EVENTS, LLC,                                                     :
:
                            Defendants.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court held a conference on October 7, 2021 to address Defendants' anticipated motions for summary judgment and to exclude expert testimony and evidence. Dkt. No. 34. At that conference, the Court imposed the following briefing schedule for the anticipated motions:

- Defendants' motions are due by no later than December 29, 2021

- Plaintiff's oppositions to Defendants' motions are due no later than January 26, 2022

- Defendants' replies, if any, are due no later than seven days following the date of service of Plaintiff's oppositions.

Additionally, the status conference currently scheduled for October 12, 2021 is adjourned *sine die*.

SO ORDERED.

Dated: October 7, 2021
New York, New York

                                                              GREGORY H. WOODS
                                                   United States District Judge