GORDON REES SCULLY MANSUKHANI, LLP
Michael J. Schacher, Esq. (MS-3434)
Attorneys for Defendants
500 Mamaroneck Ave Suite 503
Harrison, NY  10528
T: (914) 777-2237

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X **FILED VIA ECF**

LENNY MOLINA,       Civil No.: 1:20-cv-10821-GHW

              Plaintiff,      **NOTICE OF MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE ANY EXPERT TESTIMONY AND/OR EVIDENCE**

  -against-

HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC,

              Defendants.
-------------------------------------------------------------- X

**C O U N S E L O R S**:

**PLEASE TAKE NOTICE**, that upon the annexed Attorney Certification of Michael J. Schacher, Esq., duly sworn the 29th day of December, 2021, the exhibits annexed thereto, the Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1(a), dated December 29 2021, the Memorandum of Law, dated December 29, 2021, together with all of the pleadings and proceedings heretofore had herein, defendants, HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC, by and through their attorneys, GORDON REES SCULLY MANSUKHANI, LLP, will move this Court at the United States Courthouse located at 500 Pearl Street, Courtroom 12C, New York, New York 10007, before the Honorable Justice Gregory H. Woods, U.S.D.J., on **a return date to be set by the Court,** for an Order: 1) granting Summary Judgment and Complete Dismissal of

plaintiff's Complaint, pursuant to Rule 56 of the Federal Rules of Civil Procedure; 2) precluding and excluding any expert testimony and/or evidence offered by plaintiff at the time of trial, or in opposition to the instant motion in accordance with Individual Rule 3F and pursuant to Rules 26(a)(2)(B), 26(a)(2)(C), 26(a)(2)(D) and 37(c)(1) of the Federal Rules of Civil Procedure; together with such other, further or different relief, which this Honorable Court may deem just and proper.

Dated: Harrison, New York
December 29, 2021

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: _____

Michael J. Schacher, Esq.
Attorneys for Defendants
HORNBLOWER GROUP, INC.,
HORNBLOWER NEW YORK, LLC and
HORNBLOWER CRUISES AND EVENTS, LLC
500 Mamaroneck Ave Suite 503
Harrison, NY 10528
T: (914) 777-2237
File No.: EVR-1224573

**Via: CM/ECF**

TO: Jonathan Shalom, Esq.
SHALOM LAW PLLC,
Attorneys for Plaintiff
105-13 Metropolitan Avenue
Forest Hills, New York 11375
T: (718) 971-9474