GORDON REES SCULLY
MANSUKHANI, LLP
Ryan E. Dempsey, Esq. (RD-8201)
Attorneys for Defendants
HORNBLOWER GROUP, INC.,
HORNBLOWER NEW YORK, LLC and
HORNBLOWER CRUISES AND EVENTS, LLC
500 Mamaroneck Avenue, Suite 503
Harrison, New York 10528
(914) 777-2225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LENNY MOLINA,                        :   Civil No.: 20-cv-10821(GHW) (OTW)
                                     :
              Plaintiff,             :   **DEFENDANTS' AUTMATIC
                                     :   DISCLOSURE PURSUANT TO
     -against-                       :   RULE 26 OF THE FEDERAL
                                     :   RULES OF CIVIL PROCEDURE**
                                     :
HORNBLOWER GROUP, INC.,              :
HORNBLOWER NEW YORK, LLC and         :
HORNBLOWER CRUISES AND EVENTS,       :
LLC,                                 :
                                     :
              Defendants.            :
------------------------------------X

**COUNSELORS:**

Defendants, HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC (hereinafter "Hornblower" or "responding defendants"), by and through their attorneys, GORDON REES SCULLY MANSUKHANI, LLP, submit, upon information and belief, the following disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

A.  **The name and, if known, the address and telephone number of each individual likely to have discoverable information that disclosing party may use to support its claims or defenses.**

    Plaintiff;

Nilda Bracero, Hornblower;

Christine Metivier, Hornblower;

Mark Steiner, Hornblower;

Elizabeth Tornatore, Hornblower;

Rebecca Rose, Hornblower;

Darin Altilio, Hornblower;

Scott Hauser, Hornblower;

Cordell Tillman, Hornblower;

Bryan Miranda, Hornblower.

Responding defendants reserve their right to supplement, amend and/or correct the foregoing disclosure based on the development of additional facts or information obtained through discovery and responding defendants' continuing investigation.

**B.** **A copy of, or a description by category and location of, all documents, data compilation, and tangible things that are in possession, custody or control of the disclosing party and that the disclosing party may use to support its claims or defenses:**

- Annexed hereto as **Exhibit "A"** please find plaintiff's personnel file;
- Annexed hereto as **Exhibit "B"** please find Hornblower's furlough notification and e-mail to plaintiff, dated and effective March 17, 2020;
- Annexed hereto as **Exhibit "C"** please find Hornblower's separation letter to plaintiff, dated May 18, 2020;
- Annexed hereto as **Exhibit "D"** please find Hornblower's incident report, dated March 14, 2020;
- Annexed hereto as **Exhibit "E"** please find e-mail communications between plaintiff and Hornblower, dated March 15, 2020, regarding plaintiff's alleged injury;
- Annexed hereto collectively as **Exhibit "F"** please find Hornblower's disciplinary action forms regarding plaintiff, dated July 5, 2019 and February 24, 2020;
- Annexed hereto as **Exhibit "G"** please find plaintiff's payroll statement, dated May 22, 2020;
- Annexed hereto as **Exhibit "H"** please find plaintiff personalized benefit details, dated May 22, 2020;

- Annexed hereto as **Exhibit "I"** please find plaintiff's furlough deduction agreement;
- Annexed hereto as **Exhibit "J"** please find plaintiff's unemployed insurance form.

Responding defendants reserve their right to supplement, amend and/or correct the foregoing disclosure based on the development of additional facts or information obtained through discovery and responding defendants' continuing investigation.

**C.    A computation of any category of damages claimed by disclosing party.**

Not applicable to responding defendants.

**D.    Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment.**

Responding defendants have sufficient insurance coverage in the amount of $7,500,000, with a $250,000 retention. Coverage was issued by Everest National Insurance Company. The policy number is PCIP000145-201 and is effective from April 27, 2020 to April 27, 2021.

The above automatic disclosure is made prior to the completion of discovery and responding defendants' investigation of the facts pertaining to this action. Accordingly, responding defendants reserve the right to supplement, amend and/or correct each of the foregoing disclosures based on the development of additional facts or information obtained through discovery and responding defendants' continuing investigation.

Dated: July 9, 2021

Respectfully Submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

By: _____
Ryan E. Dempsey (RD-8201)
Attorneys for Defendants
HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC

500 Mamaroneck Ave Suite 503  
Harrison, NY 10528  
T: (914) 777-2209  
File No.: EVR-1224573

TO:   Jonathan Shalom, Esq.  
        SHALOM LAW PLLC  
        Attorneys for Plaintiff  
        105-13 Metropolitan Avenue  
        Forest Hills, New York 11375  
        T: (718) 971-9474

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

BRITTANY BLOUNT, being duly sworn, deposes and says:

I am not a party to the action, am over the age of 18 years of age, and am employed in Westchester County, New York.

On July 9, 2021, I served the within **DEFENDANTS' AUTOMATIC DISCLOSURE PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO: Jonathan Shalom, Esq.
SHALOM LAW PLLC
Attorneys for Plaintiff
105-13 Metropolitan Avenue
Forest Hills, New York 11375
T: (718) 971-9474

Brittany Blount

Sworn to before me this
9th day of July, 2021

Notary Public

AMY J. CURLEY
Notary Public, State of New York
No. 02CU6210819
Qualified in Westchester County
Commission Expires October 20, 2021

- 5 -