

## HORNBLOWER CRUISES & EVENTS

### DOCUMENTATION OF CREW COACHING & COUNSELING SESSION

Crew Name: Lenny Molina         Department: Galley         Date: 5/15/19
Date of Problem: 5/11/19         Time: PM Sus Chef         Location: ___

### SPECIFIC NATURE OF PROBLEM

- ☐ Dishonesty
- ☐ Performance Below Par
- ☐ Breaking House Rules (explain)
- ☐ Absenteeism/Tardiness
- ☐ Unsafe Actions
- ☐ Under the Influence
- ☐ Carelessness
- ☐ Not Following Orders
- ☒ Other (explain)

Details regarding this problem: Better communication follow up with menus & production sheets. Hostial when things are not correct. Needs to tone it down around staff.

Has this person been warned on this or a similar problem?  ☐ Yes  ☒ No
If Yes, How?   ☐ Verbal   ☐ Written   ☐ Suspension   When? _____ (date)

Summation of counseling session: Understands better communication and support. Tone down attitude to get respect from staff
- training schedule setup with chef Scott
- menus & production sheets analyze
- walk vessels & follow up with Leads & Evm's
- Direct staff better
- We will have a staff meeting next week

Action taken:   ☐ Verbal   ☐ Written   ☐ Suspension   ☐ Other
Plan for the Future: ___

"I understand that my signature on this form indicates that this matter has been discussed with me. I also understand that I may discuss this matter with Crew Resources and submit written comments in response if I feel it is incorrect or unfair. I have received a copy of this communication."

Supervisor: [signature]         Date: 5/15/19
Witness (if any): [signature]  Date: 5/15/19
Crew member: [signature]       Date: 6/15/19

**NOTE: CONTINUANCE OF IMPROPER CONDUCT MAY RESULT IN HARSHER DISCIPLINARY ACTION, UP TO AND INCLUDING SUSPENSION AND DISMISSAL**

Distribution: White Copy – Crew Resources, Canary Copy – Dept. Manager/Supervisor, Pink Copy – Crew

HORNBLOWER 077