


**HORNBLOWER CRUISES & EVENTS**
*between the sea and the sky*

# DISCIPLINARY ACTION FORM

**Employee Name:** Lenny Molina
**Date of Notice:** 7/5/19
**Employee #:** 4464
**Department:** Food & Beverage
**Date of Hire:** 3/25/19

## Type of Violation

- [ ] Attendance
- [ ] Tardy/Early Quite
- [ ] Inappropriate Behavior
- [x] Unsatisfactory Performance
- [ ] Insubordination
- [ ] Willful Damage to Company Property
- [x] Violation of Company Policies/Procedures
- [ ] Other: _____

## Description of Violation

**Date of Incident:** 7/4 - 7/5/19   **Time of Incident:** 10pm - 4am

**Description:** Employee did not conduct a proper walkthrough when closing their assigned vessel. Leaving behind a tray of salad & watermelon. See attached.

## Employee Statement

- [ ] I agree with Employer's statement.
- [ ] I disagree with Employer's description of violation for these reasons: _____

## Actions to be Taken

- [x] Warning
- [ ] Probation
- [ ] Suspension
- [ ] Discharge
- [ ] Other: _____

**Consequences should incident occur again:** Probation

I HAVE READ AND UNDERSTAND THIS EMPLOYEE WARNING NOTICE.

**Employee Name (Print):** Lenny Molina   **Employee Signature:** [signed]   **Date:** 7/17/19

**Supervisor/Manager who issued warning (Print):** [signed]   **Signature of Supervisor/manager:** [signed]   **Date:** 7/17/19

**Human Resources Name (Print):** Bryan Miranda   **Human Resources Signature:** [signed]   **Date:** 7/19/19

* My Signature does not represent agreement with the comments herein, merely acknowledgement that I received the warning.

Hornblower NY - Confidential

