**HORNBLOWER® CRUISES & EVENTS**
*between the sea and the sky®*

**DISCIPLINARY ACTION FORM**

Employee Name: Lenny Molina
Date of Notice: 2/24/2020
Employee #: 4464     Department: Galley
Date of Hire: _____

### Type of Violation

- [ ] Attendance
- [ ] Tardy/Early Quite
- [ ] Inappropriate Behavior
- [x] Unsatisfactory Performance
- [ ] Insubordination
- [ ] Willful Damage to Company Property
- [ ] Violation of Company Policies/Procedures
- [ ] Other: _____

### Description of Violation

Date of Incident: 2/7 & 2/6/2020    Time of Incident: 5:30pm–10pm

Description: On 2/7 did not plan accordingly. Salmon was not ready on time. He did not check vessel or wine order to make sure it was on Boat. No milk 2%, no chocolate chs or Desd — order on manifest — See Attached

### Employee Statement

- [ ] I agree with Employer's statement.
- [ ] I disagree with Employer's description of violation for these reasons: _____

### Actions to be Taken

- [x] Warning
- [ ] Probation
- [ ] Suspension
- [ ] Discharge
- [ ] Other: ___

Consequences should incident occur again: Suspention

I HAVE READ AND UNDERSTAND THIS EMPLOYEE WARNING NOTICE.

Employee Name (Print): Lenny Molina
Employee Signature: [signature]
Date: 2/24/2020

Supervisor/Manager who issued warning (Print): Scott Kause
Signature of Supervisor/manager: [signature]
Date: 2/24/2020

Human Resources Name (Print): Bryan Miranda
Human Resources Signature: [signature]
Date: 2/25/2020

* My Signature does not represent agreement with the comments herein, merely acknowledgement that I received the warning.

Hornblower NY - Confidential

Luigi Doige
F and B Director
[signature]
02/24/2020.

# FOH After Action Reporting

| Boat/Day Part/Date | Lexington/charter/2.7.2020 | # of Servers | 0 |
|---|---|---|---|
| Manager/Supervisor: | Tracee Abbott | # of SA's/Back Servers | 2 |
| Captain: | Jon LaBarge | # of Bartenders | 1 |
| Chef/Supervisor: | Lenny Molina | # of Cooks | 1 |
| Entertainment: | Outside Band | # of Dishwashers | 1 |
| Expected Ticket Count: | 60 | # of Mates | 1 |
| Final Ticket Count: | 58 | # of Security | 0 |

Weather: Windy/slight drizzle

Safety Topic:

Weekly OSS FOCUS: FOH Sanitation

Milk Duds Executed:

Decibel Meter Reading during Dance Set:

| Dk 1 Bow | | Dk 1 Stern | | Dk 2 Bow | | Dk 2 Stern | | Dk 3 Bow | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Boarding:     5:47pm                                        Sailing time: 6:30pm

Food (Buffets /Plated) (When they opened/closed- when each course started and any issues): Hors D' passed from 5:47pm-7:00pm –

Beverage Service:  Buffet opened at 7:15pm/buffet closed at 9:00pm.  Buffet service was a little slow due to waiting for some hot items to be cooked and replenished.

On Board Sales: N/A

Cash Sales: N/A

Voids: N/A

Comps:

| Soda | | J&S | | BWJS | | Prem | | Plat | 58 | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Group Comments (Include any WOW'S):  Karen (mother of bride) boarded first to welcome her guest on board. Karen requested with Manager and Broker of the event to remove chairs and place settings, due to some guest not showing up for the dinner.  As guest were coming down for dinner she discovered that 4 more guest showed up for the cruise and requested to have chairs and place settings placed back at the tables. Manager was able to accommodate. During dinner service Karen stated that she was told there would be drink service at the tables i.e. wine service and drinks.  This was not stated in the report, however management was able to bring drinks for some guest at their tables.  Salmon was delayed for replenishing.  Bride and Groom questioned Manager about it. Manager apologized and stated it will be 6 minutes before the Salmon is ready and will personally deliver the salmon to their table. Bride and Groom was pleased with the texture and taste of the salmon.  Guest were invited upstairs to enjoy their dessert station with coffee and tea.  Unfortunately during this time manager was informed

# FOH After Action Reporting

by the chef that there was no milk delivered to the vessel. Manager had to apologize and make sure dessert station remained replenished. At the end of the night, Karen stated she was happy and guest appeared to be happy and excited about the upcoming nuptials taking place the next day. Crew was able to help Karen pack up her decorations and remove them off the vessel.

Indy Comments (Include and WOW's):

**City Specific:**
Entertainment: trio band showed up at the vessel at 5:15pm. Mark stated they texted him and told them this will be their time of arrival instead of 4:30pm

Call Offs:

Tardies:

NCNS:

R&M Issues: ADOS and Broker spoke with Bride to apologize about their cake. She stated that it was ok and she understood. However, the bride and groom did not appear to be having fun or entertaining during the cruise. Karen (mother of the bride) was showing her guest onboard the pictures they took of the cake and explaining to her guest what happened to the cake and how much effort and money was put into making the cake.

Lost and Found:

**Scott Hauser**

| | |
|---|---|
| **From:** | David Mena |
| **Sent:** | Sunday, February 16, 2020 10:29 PM |
| **To:** | HNY EVM Reports; +NY_FoH |
| **Subject:** | AAR AA5 JJA 02.16.20 |
| **Attachments:** | AAR AA5 JJA 02.16.20.docx |

Good evening,
Attached is the AAR for AA5 JJA 02.16.20
The event went well and without incident.

As noted in the report:
Suzette Singh 18pax:

Guest had 1 Bottle of Chandon in their package. Guest stated that most of their group did not drink and had requested a substitution of non-alcoholic cider with salesperson Corey. Notes state guest wanted to purchase cider on board. None was available. Two guests were comped a round of drinks and the rest of the guests were given soda instead.

Guest had reserved a chocolate celebration cake. Only one vanilla cake was onboard. Guest did not make any remarks about this however she stated that the salesperson had promised a 9"x13" cake and birthday decorations.

In the end Suzette was happy that I made accommodations for her and that her guests were happy. I managed to get 18 pieces out of the small cake and she was glad everyone got a piece, albeit a very small one. I offered to take several pictures and attended to them a number of times throughout the evening, giving them extra attention to smooth out the situation. Her daughter, the birthday girl seemed happy too. I advised Suzette that I would make a note of this and request that salesperson Corey contact her.

Please have the appropriate salesperson contact her. I do not have a res# on my paperwork.


David Mena
Restaurant Manager


**HORNBLOWER**
CRUISES AND EVENTS

Hornblower Landing, Pier 40
**353 West Street, New York, NY 10014**
Cell: 917.686.8712 | David.Mena@hornblower.com
www.hornblowerny.com

1





