| HR Use Only |
|---|
| # |
| Submitted: |


**HORNBLOWER**
CRUISES & EVENTS

## INCIDENT REPORT

All incidents are to be emailed to incident@hornblower.com the same day the incident occurs. The form should be completed by the Captain or First Officer. It should then be submitted to a Port Captain the same day. Follow-up will be made as deemed necessary. Remember to FILL OUT COMPLETELY and with as much detail as possible as soon as the incident has been safely resolved and reported.

### I. INCIDENT INFORMATION — PRELIMARY REPORT, SUBJECT TO CHANGE

| | |
|---|---|
| Vessel or Facility: Pier 15 | Time/Date of Incident: 3:30pm  3/14/20 |
| Location of Vessel: Pier 15 | Type of Incident: |
| Where on the vessel or facility did the incident occur? | off the Pier on the sidewalk |

### II. INJURED / ILL PARTY

| | |
|---|---|
| Name of Injured / Ill: Lenny Molina | Name of Witness: |
| Contact Number: 201-780-8197 | Contact Number: |
| Address: 390 Greenwood Av  Pottsville PA, 17901 | Address: |
| Gender: Male   Date of Birth: 05/12/1980 | Body Part Affected: |
| Injury Type: Left toe injury | |

### III. INCIDENT DETAILS

Was lifting a Cambro from the van when the Cambro was placed on the ground it tipped over and fell onto Lenny's left Big toe.

| | | |
|---|---|---|
| 1. Did an HCE Employee witness the Incident? No | 1a. Name(s): | |
| 2. Total Passengers on board: NA | 3. Underway: | 4. Deck/Floor Condition: |
| 5. Lighting Conditions: Sunny | 6. Signage Posted: | |
| 7. If Damage to Property: include type of damage, type of property, owner of property: NA | | |

### IV. NOTIFICATIONS MADE (Who was called?)

| | | |
|---|---|---|
| 1. Was Port Captain notified: | 1a. Name: | 1b. Time of Notification: |
| 2. Was USCG notified: No | 2a. CG 2692 Incident Report Required: | |
| 3. Police notified: No | 3a. Report taken: | |
| 4. Was EMS called: No | 4a. Time Called: | |

### V. CREW    VI. WEATHER CONDITIONS

| | Crew Onboard | Knowledge of Incident | Alcohol/Drug Test Given | | |
|---|---|---|---|---|---|
| Captain: | | | | Weather: | |
| First Officer: | | | | Visibility: | |
| Event Manager: | | | | Tide: | |
| Chef: | | | | Current: | |
| Bartender: | | | | Wind Speed/Dir: | |

### VII. DETAILS OF INJURY / ILLNESS AND TREATMENT

| | |
|---|---|
| 1. Was First Aid Administered: Yes   1a. What? Ice Pack | 1b. By Whom? Abdul Gafur |
| 2. Did party DECLINE First Aid Treatment? | 3. Did the injured person refuse to give info regarding the incident? No |
| 4. Was the Injured person unable to give info regarding the incident? No | 5. Did the person lose consciousness? No |
| 6. Was Automated External Defibrillator (AED) used? | 7. Body Ailments? Foot Pain |

| 8. Was the person taken to a hospital or medical facility? Select Option | NO | 8a. Name of Hospital / Facility: |
|---|---|---|
| 9. Were they taken by ambulance: Select Option | NO | 9a. From where: |
| 10. Was the person consuming alcohol prior to the incident? Select Option | NO | 10a. If so, how much? |
| 11. Alcohol/Drug Test Given: Select Option | NO | 12. Type of footwear being worn: Select Option Kikwa Shoes |

## VIII. VIDEO FOOTAGE/PICTURE(S) OF INCIDENT

1. Was the incident captured on our security system? Select Option
2. Was footage requested? Select Option
3. Who was notified?
4. If footage was not pulled, please explain why:

Please submit video footage via google drive to incident@hornblower.com. If the file is too large to send, notify your local HR contact. Submit any photos of the area of the incident and attach when submitting incident report to incident@hornblower.com.

*I have completed this form to the best of my ability regarding the incident at hand. I have made honest and accurate accounts to the best of my knowledge and I have not provided any false or dishonest statements or information.*

| Report Filled out by: Cordell Tillman | Position: Senior Pier Manager |
|---|---|
| Signature: Cordell Tillman | Date: 3/14/20 |

## INCIDENT REPORT WITNESS STATEMENT:

The section below should be offered to a witness of the incident. If accepted, allow the witness to complete. Have each individual complete a witness statement and attach to this report.

**CONTACT INFORMATION:**

| 1. Name: Lenny Molina | |
|---|---|
| 2. Address: 390 Greenwood Ave | |
| 3. Telephone: 201-780-8197 | 3a. Best time to reach you: |
| 4. Name of Injured Person: Len | 4a. Relationship to Injured Person: |
| 5. Date and Time of Incident: | 5a. Are you a(n): Select Option |
| 6. Did you personally observe the incident: Select Option | |
| 7. Please describe what you saw in as much detail as possible: | |

*I have completed the form as completely and accurately as possible. To the best of my ability, I have reported the incident as accurately and completely as possible. I have not made any false statements or inaccurate statements.*

| Signature: | Date: |
|---|---|

| Hornblower Cruises & Events | Revision Date: 11/2016 |
|---|---|
| Incident Report | Page 2 of 4 |