Begin forwarded message:

**From:** Lenny Molina
**Date:** March 15, 2020 at 1:55:24 PM EDT
**To:** HNY EVM Reports
**Cc:** Rebecca Rose , Elizabeth Tornatore
**Subject: Injured**

Hello team
Last night I hurt my big toe on pier 15 i went to the ER and the x-ray showed is broken, I will follow up with the ortho Drs first thing Monday for the follow up. I'll keep everyone informed. I'll be available by cell phone for anything
Sorry for the inconvenience
Thank You
**Lenny J. Molina**

PM Sous Chef


Hornblower Landing, Pier 40
353 West Street , New York, NY 10014
Cell: 201-780-8197 | lenny.molina@hornblower.com
www.hornblowerny.com