

Re:       Notice of Furlough Effective March 17th, 2020

Dear Valued Crew Member:

The recent news and uncertainty surrounding the COVID-19 situation has caused unprecedented challenges that are affecting many businesses across the travel, hospitality and entertainment industries. Hornblower Cruises and Events has unfortunately, despite our best efforts, not been immune to this. The company is having to make difficult decisions that directly impact our valued crew members like yourself. This letter serves as an official notice of furlough, which we believe will be temporary and hopefully short lived, so that we can get you back to work. Please note that this is not a termination of employment, but a pause in employment until we are able to get the operation back up and running.

You will be paid 16 hours of regular pay and 40 hours of PTO, paying you through Tuesday, March 24th. The 40 hours will come from your available PTO bank as applicable. You will not be able to use additional PTO during this period. The State, local, and Federal governments are acting quickly to ease the hardship for those employees that are affected by COVID-19. We will do our best to reach out regularly to inform you of these changes, but we encourage you to learn more and apply for any benefits you may be eligible for. A full list of all local and regional U.S. Department of Labor (DOL) programs and services including unemployment benefits by state can be found here: https://www.dol.gov/general/location

To help you during this difficult time we wanted to remind you that Hornblower Cruises & Events offers an Employee Assistance Program (EAP) to help with the obstacles you or your dependent(s) may face.  This program is not only **free of charge to all crew** but is completely confidential. From finding childcare to assistance with legal and financial matter, our EAP program is available 24 hours a day, 7 days a week. To learn more visit http://guidanceresources.com (Username: LFGSupport Password: LFG Support), download the GuidanceNow mobile app or talk with a specialize at 888-628-4824.

Your elected benefits and your qualification for future elected benefits will not be affected by this furlough, and we want to do everything we can to work with you through this difficult time. Until further notice the company will pay both the employer portion and the employee portion of health insurance costs.  The company will recoup the employee portion of those payments over time upon your return to work. However, before we can make this accommodation, you will be required to sign and return the attached to the People Team via email at hce.people@hornblower.com or via fax at 312-264-0401. The alternative would be to send a personal check made payable to *Hornblower Cruises & Events Attn: Payroll.* Should you decide to leave the company during this furlough, those monies for the employee contributions will then be owed to the company at the time of your notice. Please be on the lookout for open enrollment changes coming next week as we will be using UltiPro to elect benefits during our Active Open Enrollment Period.

You may continue to access UltiPro during this furlough through OKTA.
                Website - https://entertainmentcruises.okta.com/login/default for HCE, LLC Crew
                https://hornblower.okta.com/ for HBNY, LLC Crew

Other pertinent information that may or may not pertain your situation. If you are currently on WComp, PFL, STD or LTD leave the furlough will not affect the payments you are receiving. Should you have a 401k loan, you will be receiving further communication regarding the status of your loan during the furlough period and next steps.

Hornblower sincerely appreciates your understanding during this difficult time, and we will be in contact with you regularly to update you on this very rapidly evolving situation. We hope this to be over quickly so that we can resume operations and get you back to work as soon as possible.

Sincerely,

Christine Metivier
Regional Vice President