

May 18th, 2020

**CONFIDENTIAL INFORMATION**

Lenny Molina
390 Greenwood Ave
Pottsville, PA 17901

      Re:    <u>Change in Employment Relationship</u>

Dear Lenny:

As you know, Hornblower Cruises & Events, LLC ("Hornblower Cruises & Events" or "Company") is restructuring and reducing its workforce in response to COVID-19 and resulting business circumstances that were not reasonably foreseeable. While we sincerely appreciate your work on behalf of the Company, your employment is ended effective May 19th, 2020. Your final paycheck includes any accrued but unused vacation pay.

If you have medical, dental, vision, or other insurance coverage through the Company, it will end on May 31, 2020. At that point, you will have the option of continuing your health benefits at your own expense under the Consolidated Omnibus Budget Reconciliation Act (COBRA) if you complete and return the COBRA election forms in a timely fashion. Information regarding COBRA, including COBRA election forms, will be mailed to you at the above address.

If you have lost your job or been laid off temporarily, you may be eligible for Unemployment Insurance ("UI"). More information on UI and other resources available for workers is available at
<u>https://labor.ny.gov/ui/how_to_file_claim.shtm</u>. If you wish to file for UI, we will not dispute the claim.

All Company property including but not limited to keys, badges, access cards, Company-issued laptop, files, records, documents, supplies, and similar items in your possession, must be immediately returned to the Company. You should not take any copies of these or similar items with you. As a reminder, you may not use or disclose any confidential, proprietary, or trade secret information of the Company after you leave your employment with us.

Hornblower Cruises & Events, sincerely appreciates your service, and we wish you the best with your future endeavors.

Thank you.

Sincerely,


Nilda Bracero
General Manager