

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jonathan@Shalomlawny.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

**VIA ECF & E-MAIL**                                                             September 21, 2022

United States District Court
Southern District of New York
Attn: Gregory H. Woods, U.S.D.J.
500 Pearl Street, Courtroom 12C
New York, NY 10007-1312
woodsnysdchambers@nysd.uscourts.gov

Re:   Molina v. Hornblower Group, Inc., *et al.*
      Case No.: 1:20-cv-10821 (GHW) (OTW)
      Letter Motion for Reconsideration

Dear Judge Woods:

This office represents the Plaintiff in the above-referenced case. Plaintiff writes with the consent of Defendants to respectfully request reconsideration of this Court's Order denying an adjournment of the teleconference currently scheduled for Friday, September 23, 2022 at 1:00 PM to discuss Defendants' pending motion for summary judgment. See ECF Docket Entries 47-49. For the reasons set forth below, Plaintiff respectfully submits that reconsideration be granted that the Court grant the requested adjournment to some date after October 11, 2022.[1]

A motion for reconsideration may be granted where the moving party shows that the court overlooked controlling law or facts that, had they been considered, would have altered the disposition of the underlying motion. See Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Reconsideration may also be "granted to correct clear error, prevent manifest injustice, or review the court's decision in light of the availability of new evidence." See Mendez-Caton v. Carribean Family Health Center, 340 F.R.D. 60, 74 (E.D.N.Y. Jan. 28, 2022) (Merkl, J.) (citing Parrish v. Sollecito, 253 F. Supp. 2d 713, 715 (S.D.N.Y. 2003)).

Your undersigned is currently in the country of Israel and cannot attend the 1:00 PM telephonic conference this Friday, September 23, 2022 because, at that time, it will be 8:00 PM in Israel and the Sabbath[2] will have begun already.

---

[1] The Jewish holiday of Succos falls between October 9, 2022 through October 11, 2022, and your undersigned observes this holiday.

[2] Your undersigned respectfully submits that he observes the Sabbath and that it would be anathema to his religious beliefs to utilize a telephone during same.

Given the foregoing circumstances, which your undersigned regrettably and admittedly failed to raise in the initial consent letter motion (because Defendants consented and your undersigned believed there was sufficient good cause), Plaintiff respectfully submits that this Court overlooked the foregoing facts (which, again, were admittedly not raised earlier) such that good cause exists to grant the requested adjournment.  See Fed. R. Civ. P. 6(b)(1)(A).  Further, Defendants consent to the requested adjournment, and the parties are mutually available to conduct a telephonic conference on Monday, October 3, 2022[3] so long as it is conducted at a reasonable time given the fact that your undersigned will remain in Israel at this time and will be seven hours ahead of the time in the Southern District of New York.

Accordingly, Plaintiff submits that the instant letter motion be granted and that the Friday, September 23, 2022 conference be adjourned to an appropriate time on October 3, 2022 or any date after October 11, 2022.

Plaintiff thanks this honorable Court for its time and attention to this case and apologizes for any inconvenience caused by the need for an adjournment.

Dated: Forest Hills, New York
September 21, 2022

Respectfully submitted,

**SHALOM LAW, PLLC**

/s/ *Jonathan Shalom*
Jonathan Shalom, Esq.
10513 Metropolitan Avenue
Forest Hills, NY 11375
(718) 971-9474 (office)
(718) 865-0943 (facsimile)
jonathan@shalomlawny.com

*Attorneys for Plaintiff*

---

[3] Your undersigned is not available on dates prior to October 3, 2022 due to the Jewish holiday of Rosh Hashana and the inability to prepare for the conference as a result of his itinerary in Israel. Specifically, your undersigned will not have any meaningful access to a computer such that the file may be reviewed in advance of the appearance to sufficiently prepare for same.