```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
   LENNY MOLINA,                                                  :
                                                                  :
                                        Plaintiff,                :   1:20-cv-10821-GHW
                                                                  :
                  -against-                                       :   ORDER
                                                                  :
   HORNBLOWER GROUP, INC., HORNBLOWER                             :
   NEW YORK, LLC, and HORNBLOWER CRUISES                          :
   AND EVENTS, LLC,                                               :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the hearing held on September 22, 2022, the Defendants' Motion for Summary Judgment, Dkt. No. 40, is denied.  Defendant's Motion to Preclude Expert Testimony and/or Evidence Pursuant to FRCP 26 and 37, Dkt. No. 40, is granted.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 40.

SO ORDERED.

Dated:  September 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge