```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
LENNY MOLINA,                                                        :
                                                                     :
                                    Plaintiff,                       :     1:20-cv-10821-GHW
                                                                     :
                    -against-                                        :     ORDER
                                                                     :
HORNBLOWER GROUP, INC., HORNBLOWER                                   :
NEW YORK, LLC, and HORNBLOWER CRUISES                                :
AND EVENTS, LLC,                                                     :
                                                                     :
                                    Defendants.                      :
                                                                     :
-------------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

___ General pretrial (includes scheduling,         ___ Consent under 28 U.S.C. § 636(c) for
    discovery, non-dispositive pretrial                limited purpose (*e.g.*, dispositive motion,
    motions, and settlement)                           preliminary injunction)
                                                      Purpose: _____
___ Specific non-dispositive motion/dispute:
                                                   ___ Habeas corpus

                                                   ___ Social Security

    If referral is for discovery disputes when     ___ Dispositive motion (*i.e.*, motion
    the District Judge is unavailable, the time        requiring Report and Recommendation)
    period of the referral: _____

 X  Settlement                                         Particular motion:
                                                       _____
___ Inquest after default/damages hearing              _____

___ Consent under 28 U.S.C. § 636(c) for all           All such motions: _____
    purposes (including trial)

    SO ORDERED.

Dated: September 22, 2022
       New York, New York                              _____
                                                       GREGORY H. WOODS
                                                       United States District Judge