UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
LENNY MOLINA,

                                      Civil No.: 1:20-cv-10821-GHW

                Plaintiff,

      -against-                               **NOTICE OF APPEAL**

HORNBLOWER GROUP, INC., HORNBLOWER
NEW YORK, LLC and HORNBLOWER CRUISES
AND EVENTS, LLC,

                Defendants.
------------------------------------------------------------------ X

C O U N S E L O R S:

      PLEASE TAKE NOTICE that the defendants, HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC and HORNBLOWER CRUISES AND EVENTS, LLC, hereby appeal to the United States Court of Appeals for the Second Circuit from that aspect of the Order and Oral Decision of United States District Judge Gregory H. Woods, issued, dated and filed with the Clerk of the Court on September 22, 2022, which denied defendants' Motion for Summary Judgment. Defendants appeal from each and every part of the Order and Oral Decision, the transcript for which is annexed hereto and made apart hereof as **Exhibit A**, as well as the whole thereof.

Dated: Harrison, New York
          October 18, 2022

                                      Respectfully Submitted,

                                      GORDON REES SCULLY
                                      MANSUKHANI, LLP

                                      By: _____
                                      Ryan E. Dempsey (RD-8201)
                                      Attorneys for Defendants

                HORNBLOWER GROUP, INC., HORNBLOWER
NEW YORK, LLC and HORNBLOWER
CRUISES AND EVENTS, LLC
500 Mamaroneck Ave Suite 503
Harrison, NY 10528
T: (914) 777-2209
File No.: EVR-1224573

TO:    Jonathan Shalom, Esq.
        SHALOM LAW PLLC
        Attorneys for Plaintiff
        105-13 Metropolitan Avenue
        Forest Hills, New York 11375
        T: (718) 971-9474