RYAN E. DEMPSEY
PARTNER
RDEMPSEY@GRSM.COM

DIRECT DIAL: 212-767-9915



ATTORNEYS AT LAW
500 MAMARONECK AVE SUITE 503
HARRISON, NY 10528
PHONE: 914-777-2225
GORDONREES.COM

November 18, 2022

**VIA ECF**

Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    Lenny Molina v. Hornblower Group, Inc., Hornblower New York, LLC and
              Hornblower Cruises and Events, LLC
              United States District Court, Southern District
              Docket No.: 1:20-cv-10821-GHW
              Our File No.: EVR-1224573

Dear Magistrate Judge Wang:

       As you know, our office represents the defendants in the above-referenced action. We submit this letter in response to plaintiff's correspondence [Docket # 60], which was filed earlier today, as well as pursuant to Your Honor's directive of October 19, 2022.

       Defendants believe a second telephonic settlement conference with Your Honor, with clients in attendance, would be productive and beneficial.

       We thank Your Honor in advance for your time and attention to this matter. Please do not hesitate to contact the undersigned with any questions or concerns.

                                    Respectfully Submitted,

                                    GORDON REES SCULLY
                                    MANSUKHANI, LLP

                                    *Ryan Dempsey*

                                    Ryan E. Dempsey, Esq. (RD-8201)

Cc:    *Via Email*
        Jonathan Shalom, Esq.