RYAN E. DEMPSEY
PARTNER
RDEMPSEY@GRSM.COM

DIRECT DIAL: 212-767-9915



ATTORNEYS AT LAW
500 MAMARONECK AVE SUITE 503
HARRISON, NY 10528
PHONE: 914-777-2225
GORDONREES.COM

December 22, 2022

**VIA ECF**

Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    Lenny Molina v. Hornblower Group, Inc., Hornblower New York, LLC and
             Hornblower Cruises and Events, LLC
             United States District Court, Southern District
             Docket No.: 1:20-cv-10821-GHW
             Our File No.: EVR-1224573

Dear Magistrate Judge Wang:

    We submit this Joint Status Letter pursuant to Your Honor's December 1, 2022 directive.

    A CAMP conference with Judge Charles Ramos was held on November 29, 2022, wherein a settlement recommendation was made. At this time, negotiations are still ongoing. Moreover, the Notice of Appeal has been withdrawn without prejudice, subject to reinstatement by March 17, 2023, in furtherance of settlement discussions.

    The Defendants remain willing and able to participate in another telephonic settlement conference at the Court's convenience. At this time, Plaintiff is not willing to participate in another telephonic settlement conference.

                                      Respectfully Submitted,

                                      GORDON REES SCULLY
                                      MANSUKHANI, LLP

                                      *Ryan Dempsey*

                                      Ryan E. Dempsey, Esq. (RD-8201)

Cc:    *Via Email*
        Jonathan Shalom, Esq.