```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
LENNY MOLINA,                                                    :
                                                                 :
                                      Plaintiff,                 :   1:20-cv-10821-GHW
                                                                 :
                         -v -                                    :        ORDER
                                                                 :
HORNBLOWER GROUP, INC., et al.,                                  :
                                                                 :
                                      Defendants.                :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2023

GREGORY H. WOODS, United States District Judge:

    The jury trial in this matter scheduled to begin on Monday, June 26, 2023, will now begin on **Tuesday, June 20, 2023, at 9:00 a.m.** All other dates and deadlines remain in full force and effect.

*See* Dkt. Nos. 52, 75.

    SO ORDERED.

Dated: May 1, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge