UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                               :
LENNY MOLINA,                                                  :
                                                               :
                                        Plaintiff,             :    1:20-cv-10821-GHW
                                                               :
                     -v -                                      :         ORDER
                                                               :
HORNBLOWER GROUP, INC., et al.,                                :
                                                               :
                                        Defendants.            :
                                                               :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2023

GREGORY H. WOODS, United States District Judge:

On May 8, 2023, the Court issued an order conditionally discontinuing this action. Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of the action to the active calendar of the Court by the date that was 30 days following the issuance of the order. In accordance with the terms of that order, if the plaintiff failed to apply for restoration of the case by that date, the case would be automatically dismissed with prejudice.

By letter dated June 21, 2023, the parties requested that the Court extend the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1] That application is GRANTED. Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

dismissal, is extended to June 29, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.

SO ORDERED.

Dated: June 21, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge