# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LENNY MOLINA,

               Plaintiff,

    -against-

HORNBLOWER GROUP, INC., HORNBLOWER
NEW YORK, LLC, and HORNBLOWER CRUISES
AND EVENTS, LLC

               Defendants.
-------------------------------------------------------------------X

Case No.: 1:20-cv-10821 (GHW) (OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 7, 2023

**STIPULATION DISMISSING ALL CLAIMS AGAINST HORNBLOWER GROUP, INC., HORNBLOWER NEW YORK, LLC, AND HORNBLOWER CRUISES AND EVENTS, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

WHEREAS, on December 12, 2020, Plaintiff Lenny Molina filed his Complaint against Defendants Hornblower Group, Inc., Hornblower New York, LLC, and Hornblower Cruises and Events, LLC (together, the "Hornblower Defendants," and collectively with Plaintiff, the "Parties") (Dkt. No. 1);

WHEREAS, it is the intention of the Parties to resolve the Action on the terms set forth below;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lenny Molina's claims against the Hornblower Defendants as set forth in Plaintiff's Complaint are DISMISSED WITH PREJUDICE, without costs to either party.

2. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: July 7, 2023

Respectfully Submitted,

_____
Jonathan Shalom, Esq.
SHALOM LAW, PLLC
10513 Metropolitan Avenue
Forest Hills, NY 11375-6737
(718) 971-9474 (office)
(718) 865-0943 (facsimile)
jonathan@shalomlawny.com
*Attorneys for Plaintiff*

_____
Ryan E. Dempsey, Esq.
Gordon Rees Scully Mansukhani, LLP
500 Mamaroneck Avenue, Suite 503
Harrison, New York 10528
(914) 777-2209 (office)
(914) (709)-4566 (facsimile)
rdempsey@grsm.com
*Attorneys for Defendants*

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: July 7, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge